# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JEAN COULTER,                               :   No. 8 WM 2016
                                            :
               Petitioner          :
                                            :
                                            :
                                            :
                v.                  :
                                            :
                                            :
                                            :
SUPERIOR COURT OF PENNSYLVANIA,             :
                                            :
               Respondent          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

      Justices Eakin and Wecht did not participate in the consideration or decision of this matter.